

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00265-CR

Felipe **HERNANDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 17-12-03717-ZCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

After this court granted appellant's first request for an extension of time to file his brief, appellant's brief was due September 19, 2018. Appellant has now filed a second motion for extension of time, asking for an additional thirty days in which to file his brief. After review, we GRANT appellant's second motion for extension of time and ORDER appellant to file his brief in this court on or before October 19, 2018.

We order the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court